424 A.2d 545

Rinier et al., Appellants v. Mazurkiewicz et al.

Argued September 10, 1979.   Richard G. Fishman, for appellants;  Sally A. Lied, Deputy Attorney General, submitted a brief on behalf of Mazurkiewicz, et al, appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

December 12, 1979.

424 A.2d 546

Commonwealth v. Cable, Appellant.

Argued October 26, 1978.   Allan Ellis, for appellant;  Kim C. Kesner, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.